UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESSE DAVIDSON,                              CASE NO.:

    Plaintiff,

vs.

DELTA AIR LINES, INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, JESSE DAVIDSON, by and through the attorney, hereby sues Defendant, DELTA AIR LINES, INC., and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in which there is diversity jurisdiction.

2. Plaintiff, JESSE DAVIDSON, all times material and relevant hereto, was a resident of Palm Beach County, Florida and *sui juris*.

3. Defendant, DELTA AIR LINES, INC. is a foreign corporation licensed to do and doing business in Florida.

4. On or about July 22, 2024, Plaintiff, JESSE DAVIDSON, was lawfully on the airplane owned, operated and/or controlled by Defendant DELTA AIR LINES, INC. in route to Italy from Ft. Lauderdale, Florida.

## COUNT I - NEGLIGENCE AGAINST

## **DELTA AIR LINES, INC.**

Plaintiff, JESSE DAVIDSON, hereinafter reaffirms and realleges each and every allegation contained in the General Allegations as if fully set forth herein.

5. On or about July 22, 2024, Defendant, DELTA AIR LINES, INC., by and through its agents, employees, and or servants, negligently and carelessly maintained the above-mentioned airplane to-wit: by hitting Plaintiff, JESSE DAVIDSON with a cart, causing serious bodily injury.

6. Defendant, DELTA AIR LINES, INC., had a duty to maintain its premises in a reasonably safe and proper condition for the general public.

7. Defendant, DELTA AIR LINES, INC., was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for Plaintiff.

8. Defendant, DELTA AIR LINES, INC., either knew or should have known of the existence of the dangerous condition and should have taken steps to warn Plaintiff, JESSE DAVIDSON of the existence of the dangerous condition.

9. In the alternative, Defendant DELTA AIR LINES, INC., negligently failed to maintain its premises in a reasonably safe condition or negligently failed to correct a dangerous condition which Defendant, DELTA AIR LINES, INC., knew or should have known in the exercise of reasonable care, or negligently failed to warn of a dangerous condition that which Defendant, DELTA AIR LINES, INC., had or should have had knowledge greater than that of Plaintiff, JESSE DAVIDSON.

10. Defendant, DELTA AIR LINES, INC., failed to warn Plaintiff, JESSE DAVIDSON, of the aforementioned condition and the risk involved in as much as the presence of Plaintiff, JESSE DAVIDSON was known or reasonably foreseeable by Defendant.

11. Plaintiff, JESSE DAVIDSON, neither knew nor should have known of said dangerous condition and risk and the Plaintiff exercised reasonable care.

12. Defendant, DELTA AIR LINES, INC. employees, servants and agents all acted in course and scope of their employment herein.

13. As a result of the Defendant's failure to maintain the premises in a reasonably safe condition, Plaintiff, JESSE DAVIDSON was severely injured.

14. As a result thereof, Plaintiff, JESSE DAVIDSON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, JESSE DAVIDSON, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, JESSE DAVIDSON demands judgment for damages and all costs of said proceedings against Defendant, DELTA AIR LINES, INC., a trial by jury of all issues triable as a right by a jury and any other relief this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues triable as a right by a jury.

DATED this 12th day of November, 2024.

**JESSE DAVIDSON, P.A.**
Attorney for Plaintiff
2500 Quantum Lakes Drive, Suite 203
Boynton Beach, FL 33426
Telephone: (561) 853-2230
Facsimile:  (561) 600-0560
Email: jesse@jdavidson-law.com

By: /s/ *Jesse Davidson*
JESSE DAVIDSON
Florida Bar No.: 83808